Victoria Puskoris, Appellee, v. Joseph and Ann
Gulik, Appellants.

Gen. No. 46,389.

First District, Second Division.
December 14, 1954.
Released for publication January 4, 1955.

Albert B. Fritzshall, for appellants; no brief filed for appellee. Opinion by PRESIDING JUSTICE SCHWARTZ. Not to be published in full.